

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00626-CV

**IN THE INTEREST OF E.V.** and E.V., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-03912
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the portion of the trial court's order assessing $1,000.00 as sanctions is REVERSED. We RENDER judgment denying appellee Rebecca Sweat's motion for sanctions. The remainder of the trial court's order is AFFIRMED. Costs of the appeal are assessed against appellee Rebecca Sweat.

SIGNED March 21, 2018.

_____
Luz Elena D. Chapa, Justice